FILED
2009 Jan-06 PM 05:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ELMORE COOK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:08-CV-1402-UWC-JEO |
| ) | |
| WARDEN ESTES, WARDEN PRICE, ) | |
| and CAPTAIN FREEMAN, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 3, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on December 19, 2008, in which he merely restates the claims made in his original complaint.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

Done the 6th day of January, 2009.

U.W. Clemon
United States District Judge